UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 15-61-DLB**

**BRYAN EDWARD VANHOOSE**                                    **PLAINTIFF**

vs.                          <u>**JUDGMENT**</u>

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security**                                    **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1)      The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)      Plaintiff's complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE;** and,

(3)      This action is **STRICKEN** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 31st day of August, 2016.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\7-15-61 Vanhoose Judgment.wpd